JODI LINKER
Federal Public Defender
VARELL L. FULLER
Assistant Federal Public Defender
55 S. Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
Fax: (408)-291-7399
Varell_Fuller@fd.org

Counsel for Defendant NGUYEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | No. CR 20-00112 BLF (SVK) |
|---|---|
| Plaintiff, | AMENDED STIPULATION AND [~~PROPOSED~~] ORDER DIRECTING THE CLERK OF COURT TO RETURN COLLATERAL TO SURETY'S NEXT OF KIN |
| v. | |
| TRUNG NGUYEN, | **Hon. Susan van Keulen** |
| Defendant. | |

### STIPULATION

The parties, acting through their respective counsel, hereby stipulate, subject to the Court's approval, that the collateral posted in this matter shall be returned to the deceased surety's next of kin.

On March 25, 2020, the Court ordered Mr. Nguyen released on a $50,000 bond with $5,000 secured. *See* Dkt. No. 6. Kevin Pham posted $5,000 to satisfy the bond. *See* Dkt. No. 7. Mr. Kevin Pham tragically died, and on February 25, 2021, he was removed as a surety. *See* Dkt. No. 36. The Clerk's Office has advised that an order is required to permit the return of the funds posted to Mr. Pham's next of kin, his brother Justin Pham-Vu. On January 16, 2024, the

STIPULATION AND [PROPOSED] ORDER
CR 20-00112-BLF

court issued an order directing the collateral to the next of kin. *See* Dkt. No. 114. However, the clerk's office subsequently advised defense counsel that the order must also specifically direct the Clerk of Court to return the bond with interest earned from the court's registry. Accordingly, the parties stipulate and agree to the entry of an amended order directing the Clerk of Court to return the $5,000 to Justin Pham-Vu with interest that includes the language requested by the Clerk of Court for the return of a cash bond.

    IT IS SO STIPULATED.

Dated: April 9, 2024

JODI H. LINKER  
Federal Public Defender  
_____/s/_____  
VARELL L. FULLER  
Assistant Federal Public Defender

Dated: April 9, 2024

ISMAIL J. RAMSEY  
United States Attorney  
_____/s/_____  
MARISSA HARRIS  
Assistant United States Attorney

[~~PROPOSED~~] **ORDER**

    GOOD CAUSE APPEARING, upon the parties' stipulation, the Clerk of the Court is HEREBY ORDERED to return the bond posted by Kevin Pham in this matter to Justin Pham-Vu with interest earned from the court's registry.

    IT IS SO ORDERED.

DATED: Apri 9, 2024

_____  
HONORABLE SUSAN VAN KEULEN  
United States Magistrate Judge

STIPULATION AND [~~PROPOSED~~] ORDER  
CR 20-00112-BLF

cc:Finance